No. 91–1179. PUEBLO OF SANTO DOMINGO *v.* THOMPSON ET AL.; and

No. 91–1346. UNITED STATES *v.* THOMPSON ET AL. C. A. 10th Cir. Certiorari denied. Reported below: 941 F. 2d 1074.

No. 91–1183. RICHMOND, FREDERICKSBURG & POTOMAC RAILROAD CO. *v.* UNITED STATES ET AL. C. A. 4th Cir. Certiorari denied.

No. 91–1193. NEW BERLIN GRADING CO., INC., ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied.

No. 91–1203. HEWLETT-PACKARD CO. *v.* DATAGATE, INC. C. A. 9th Cir. Certiorari denied.

No. 91–1209. NORTHERN ARAPAHO TRIBE OF THE WIND RIVER INDIAN RESERVATION ET AL. *v.* FOUST ET AL. C. A. 10th Cir. Certiorari denied.

No. 91–1213. FLYNT ET AL. *v.* SPENCE ET AL. Sup. Ct. Wyo. Certiorari denied.

No. 91–1217. FRATERNAL ORDER OF POLICE, LODGE NO. 5 *v.* CITY OF PHILADELPHIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–1218. FAIRCHILD ET AL. *v.* PACIFIC MARITIME ASSN. ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–1225. MIDNIGHT SESSIONS, LTD., T/A AFTER MIDNIGHT, ET AL. *v.* CITY OF PHILADELPHIA. C. A. 3d Cir. Certiorari denied.

No. 91–1227. DONNER *v.* APPALACHIAN INSURANCE CO. ET AL. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 91–1241. SHIMOTA ET UX. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 91–1243. MCDONALD *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–1254. GEORGE JAMES PLATSIS, P. C. *v.* E. F. HUTTON & CO., INC., ET AL. C. A. 6th Cir. Certiorari denied.